# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Alexander Holloway Veazey, III , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00060 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2017 Order.

February 14, 2017

_____
Frank G. Johns, Clerk
United States District Court